# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 02-30073-GPM |
| KEON BUTLER, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On April 22, 2008, Keon Butler filed a motion for retroactive application of sentencing guidelines to crack cocaine offenses pursuant to 18 U.S.C. § 3582 (Doc. 46). The Court appointed counsel to represent Butler on this issue, and counsel has now moved to withdraw on the basis that he can make no non-frivolous arguments in support of a reduction pursuant to 18 U.S.C. § 3582(c) (Doc. 49). *See Anders v. California*, 386 U.S. 738, 744 (1967). Butler did not respond to the motion to withdraw, even though he was given an opportunity to do so. The Government then filed a response to Butler's *pro se* motion.

In 2003, Butler was sentenced to a 56 month term of imprisonment (*see* Doc. 24). As part of this sentence, Butler was ordered to serve three years on supervised release following his release from the Bureau of Prisons. His supervision commenced on November 18, 2006, but less than two months later, the Government petitioned the Court to revoke his supervised release (*see* Doc. 30). After a hearing on an amended petition to revoke (*see* Doc. 32), Butler was sentenced to a 24 month term of imprisonment (*see* Docs. 41, 42).

The Bureau of Prisons website, www.bop.gov, reflects that Butler was released from custody on June 5, 2009. Thus, his motion is moot. Even if he had not been released and was still serving the term of imprisonment imposed for his violation of the conditions of supervised release, Butler has already served his original prison sentence, and he is not entitled to a sentence reduction. *See United States v. Forman*, 553 F.3d 585, 589 (7th Cir.), *cert. denied sub nom McKnight v. United States*, 129 S.Ct. 1924 (2009).

The Court therefore **GRANTS** counsel's motion to withdraw (Doc. 49) and **DISMISSES** the motion for a sentence reduction (Doc. 46) as moot.

**IT IS SO ORDERED.**

DATED: 6/17/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge